UNITED STATES DISTRICT COURT
MIDLLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEVA ENGWALL,

    Plaintiff,

-vs-                                            CASE NO.:  8:18-cv-01585

TRANSWORLD SYSTEMS INC.,

    Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    COMES NOW the Plaintiff, NEVA ENGWALL, by and through her undersigned attorney, and hereby files this Notice of Voluntary Dismissal With Prejudice of the above captioned matter.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 17, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                                        */s/ Jason R. Derry, Esquire*
                                                        Jason R. Derry, Esquire
                                                        Florida Bar No.: 0036970
                                                        Morgan & Morgan, Tampa, P.A.
                                                        One Tampa City Center
                                                        201 North Franklin Street, 7th Floor
                                                        Tampa, FL 33602
                                                        Telephone: (813) 223-5505
                                                        Facsimile:  (813) 257-0577
                                                        jderry@ForThePeople.com
                                                        jkneeland@ForThePeople.com
                                                        *Attorney for Plaintiff*